**UNITED STATES COURT OF APPEALS**
**EIGHTH CIRCUIT**

---

Winthrop Resources Corporation,

Plaintiff-Appellee,

v.

Sabert Corporation; Sabert Holding Corporation,

Defendants-Appellants.

---

**Appeal No. 08-2607**

**MOTION FOR VOLUNTARY DISMISSAL**

On appeal from the United States District Court for the District of Minnesota

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and the attached Stipulation for Dismissal, Appellant respectfully requests that this appeal be dismissed with the parties to bear their own costs, disbursements and attorneys' fees.

Dated: September 3, 2008

Matthew T. Boos (MN #237310)
Sarah C.S. McLaren (MN #345878)
**FREDRISKON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Phone: (612) 492-7000
Facsimile: (612) 492-7077
mboos@fredlaw.com
smclaren@fredlaw.com

*Counsel for Appellants Sabert Corporation and Sabert Holding Corporation*

## UNITED STATES COURT OF APPEALS
## EIGHTH CIRCUIT

Winthrop Resources Corporation,

Plaintiff-Appellee,

v.

Sabert Corporation; Sabert Holding Corporation,

Defendants-Appellants.

**Appeal No. 08-2607**

**STIPULATION FOR DISMISSAL**

On appeal from the United States District Court for the District of Minnesota

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the parties to the above-captioned action, by their respective counsel of record, hereby stipulate and agree that this appeal may be dismissed with the parties to bear their own costs, disbursements and attorneys' fees.

Dated: August 26, 2008

Matthew T. Boos (MN #237310)
**FREDRISKON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
(612) 492-7000

*Counsel for Appellants Sabert Corporation and Sabert Holding Corporation*

Michael M. Krauss (MN #0342002)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

*Counsel for Appellee Winthrop Resources Corporation*

fb.us.3163214.01

## CERTIFICATE OF SERVICE

I hereby certify that on ____09/03/2008___, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ Sarah C.S. McLaren

4424678_1.DOC