**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 08-2607

Winthrop Resources Corporation,

Plaintiff - Appellee

v.

Sabert Corporation; Sabert Holding Corporation,

Defendants - Appellants

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:07-cv-01735-PJS)

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

September 03, 2008

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans