**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 08-2607

Winthrop Resources Corporation,

Appellee

v.

Sabert Corporation and Sabert Holding Corporation,

Appellants

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:07-cv-01735-PJS)

---

**MANDATE**

In accordance with the judgment of 09/03/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 03, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit